## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDRINA MOORE, | : | |
| Plaintiff, | : | No. 23-cv-5184-JMY |
| | : | |
| vs. | : | |
| | : | |
| USAA CASUALTY INSURANCE | : | |
| COMPANY d/b/a and/or a/k/a USAA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of June, 2024 upon consideration of the Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6), filed by Defendant (ECF No. 5), after providing notice of intent to convert Defendant's motion to dismiss into a motion for summary judgment (ECF No. 11), and after considering all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Court will apply the legal standard for summary judgment and **GRANT** Defendant's motion for the reasons set forth in the accompanying memorandum filed by the Court.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge